8:46 AM
04/15/11
Accrual Basis

# Lukas Foods Inc.
## Customer Open Balance
### All Transactions

| Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|---|---|---|---|---|---|---|
| **SAU-SEA FOODS INC.** | | | | | | |
| Invoice | 3/28/2008 | 334591 | | 4/18/2008 | 2,040.00 | 2,040.00 |
| Invoice | 5/15/2008 | 334429 | | 6/30/2008 | 2,509.36 | 2,509.36 |
| Invoice | 5/28/2008 | 334460 | | 6/18/2008 | 201.00 | 201.00 |
| Invoice | 5/28/2008 | 334596 | | 5/28/2008 | 50.25 | 50.25 |
| Invoice | 6/18/2008 | 334523 | | 9/26/2008 | 2,220.52 | 2,220.52 |
| Invoice | 7/28/2008 | 334503 | | 9/18/2008 | 2,813.08 | 2,813.08 |
| Invoice | 8/1/2008 | 334504 | | 8/1/2008 | 500.00 | 500.00 |
| Invoice | 8/13/2008 | 334522 | | 9/26/2008 | 502.50 | 502.50 |
| Invoice | 8/25/2008 | 334524 | | 9/26/2008 | 1,439.92 | 1,439.92 |
| Invoice | 9/1/2008 | 334519 | | 9/1/2008 | 500.00 | 500.00 |
| **Total SAU-SEA FOODS INC.** | | | | | 12,776.63 | 12,776.63 |
| **TOTAL** | | | | | 12,776.63 | 12,776.63 |

EXHIBIT A
Blumberg No. 5118